UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROD STUCKER, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF IDAHO, et al., <br><br> Defendants. | Case No. 1:19-cv-00007-DCN <br><br> **JUDGMENT** |

In accordance with the Court's Successive Review Order (Dkt. 13), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is DISMISSED WITH PREJUDICE.

DATED: August 5, 2019

David C. Nye
U.S. District Court Judge